**FILED**
**Oct 29, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JOSE SALAS, and
DAVID SANTIAGO LOPEZ,

          Defendants.

CASE NO. 1:24-CR-00253-JLT-SKO

ORDER TO UNSEAL INDICTMENT

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on October 24, 2024 be unsealed and become public record.

DATED: 10/29/24

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE