Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant DAVID SANTIAGO LOPEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE SALAS and DAVID SANTIAGO LOPEZ,<br><br>  Defendants. | Case No. 1:24-CR-00253-JLT-SKO<br><br>**STIPULATION ORDER TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING.**<br><br>Date: November 20, 2024<br>Time: 1:00 p.m.<br>Court: Hon. Sheila K. Oberto |

This matter is set for a status conference hearing on November 20, 2024. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to February 19, 2025.

**STIPULATION**

Defense Counsel, Serita Rios and Kevin Rooney, and Assistant United States Attorney, Stephanie Stokman, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on November 20, 2024.

2. Through this stipulation, the parties move to continue the status conference hearing to February 19, 2025, and to exclude time between November 20, 2024, and February 19, 2025.

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**

-1-

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendants desires time to obtain and review discovery, consult with defendants, and conduct investigation.

    b. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of November 20, 2024 to February 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: November 18, 2024

                                                  */s/ Serita Rios*

                                                **Serita Rios**
                                                Attorney for Defendant

Dated: November 18, 2024

/s/ Kevin Rooney

**Kevin Rooney**
Attorney for Defendant

Dated: November 18, 2024

/s/ Stephanie M. Stokman

**Stephanie M. Stokman**
Assistant U.S. Attorney

## ORDER

In light of the fact that both Defendants were arraigned in October 2024, the parties' stipulation to continue the status conference is granted,

IT IS SO ORDERED.

Dated:   **November 18, 2024**           /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**