PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE SALAS, and <br> DAVID SANTIAGO LOPEZ, <br><br> Defendants. | CASE NO. 1:24-CR-00253-JLT-SKO <br><br> STIPULATION AND ORDER TO SUBSTITUTE PROPERTY IN LIEU OF THE 2021 GMC YUKON, LICENSE NUMBER 8YDF500, VIN: 1GKS2FKD0MR466541 |

It is hereby STIPULATED between the United States of America, by its attorney, Phillip A. Talbert, United States Attorney for the Eastern District of California, Kevin C. Khasigian, Assistant United States Attorney, Jose Salas, by and through his attorney, to enter into a substitution of property agreement regarding the 2021 GMC Yukon, License Number 8YDF500, VIN: 1GKS2FKD0MR466541 ("Subject Vehicle"), and consent to the following:

1.      On October 28, 2024, agents with the Drug Enforcement Administration ("DEA") executed a federal search warrant at Jose Salas' residence in Fresno, California.  Agents seized the Subject Vehicle later in the day once it returned to Salas' residence.

2.      Jose Salas shall pay $25,000.00 as the substitute *res* in lieu of the Subject Vehicle. Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721.  Said $25,000.00 shall be substituted as the *res* herein.  The substitute *res* shall be

deposited into the United States Marshals Service's seized asset account pending further order of the Court.

3. Upon receipt of the sub *res*, but no later than 30 days thereafter, the Subject Vehicle shall be returned to Jose Salas.

4. In furtherance of the substitution of property, Jose Salas, without waiving their rights under the Fifth Amendment to the United States Constitution, represent to the United States that no other person or entity holds an ownership interest in the Subject Vehicle which is the subject of this stipulation.

5. All parties will bear their own costs and attorney's fees.

Dated: November 21, 2024  PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated: November 21, 2024  /s/ Kevin P. Rooney
KEVIN P. ROONEY
Attorney for Defendant
Jose Salas
(Original signature retained by attorney)

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is APPROVED, the specific terms of which are incorporated by reference herein as though fully set forth.

IT IS SO ORDERED.

Dated:  **November 23, 2024**

UNITED STATES DISTRICT JUDGE