Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant DAVID SANTIAGO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE SALAS and DAVID SANTIAGO LOPEZ,<br><br>　　　　　　　　Defendants. | Case No.  1:24-CR-00253-JLT-SKO<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING**<br><br>Date: February 19, 2025<br>Time: 1:00 p.m.<br>Court: Hon. Sheila K. Oberto |

This matter is set for a status conference hearing on February 19, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to April 16, 2025.

### STIPULATION

Defense Counsel, Serita Rios and Kevin Rooney, and Assistant United States Attorney, Stephanie Stokman, hereby stipulate as follows:

1.　By previous order, this matter was set for a status conference hearing on February 19, 2025.

2.　Through this stipulation, the parties move to continue the status conference hearing to April 16, 2025, and to exclude time between February 19, 2025, and April 16, 2025.

STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING

-1-

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendants desires time to obtain and review discovery, consult with defendants, and conduct investigation.

    b. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of February 19, 2025 to April 16, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: February 7, 2025

                                                   */s/ Serita Rios*
                                                   _____
                                                   **Serita Rios**
                                                   Attorney for Defendant

Dated: February 7, 2025

        /s/ Kevin Rooney
_____
**Kevin Rooney**
Attorney for Defendant

Dated: February 7, 2025

        /s/ Stephanie M. Stokman
_____
**Stephanie M. Stokman**
Assistant U.S. Attorney

---

## ORDER

**IT IS SO ORDERED.**

Dated: 2/10/25

_____
**Sheila K. Oberto**
United States Magistrate Judge