Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JOSE SALAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00253-JLT-SKO |
| Plaintiff, | Stipulation and Order to Modify Conditions of Pretrial Release |
| vs. | |
| JOSE SALAS, | |
| Defendant. | |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. The parties, with the support of the PreTrial Services Office (PTSO), agree that Ms. Salas' location monitoring and curfew conditions should be ended and request the Court to order that modification.

///

///

1

2. Mr. Salas has been in full compliance with her conditions of release following his release on or about November 4, 2024.

It is so stipulated and agreed.

Dated: February __25__, 2025    MICHELLE BECKWITH, ACTNG U.S. ATTY

/s/    Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney

Dated: February __25__, 2025    Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Jose Salas

**ORDER**

The stipulation of the parties, that the condition of PreTrial release regarding location monitoring in this matter be modified, is denied without prejudice. The condition of location monitoring was imposed on November 1, 2024, and there has not been sufficient longevity of and compliance with the condition for the Court to find the condition should be removed.

IT IS SO ORDERED.

Dated:  **February 25, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2