MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SALAS, AND<br>DAVID SANTIAGO LOPEZ,<br><br>Defendants. | CASE NO. 1:24-CR-00253-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: April 16, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 16, 2025.

2. By this stipulation, defendant now moves to continue the status conference until October 15, 2025, and to exclude time between April 16, 2025, and October 15, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. The parties will be prepared to set a trial date in October.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, or is in the process of being produced.

   b) Counsel for defendant desires additional time to review discovery, conduct any

1  investigation, and discuss this matter, including potential resolutions, with the defendant in order
2  to prepare for trial.

3      c)     Counsel for defendant believes that failure to grant the above-requested
4  continuance would deny him/her the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence.

6      d)     The government does not object to the continuance.

7      e)     Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.

10     f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of April 16, 2025 to October 15,
12 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
13 T4] because it results from a continuance granted by the Court at defendants' request on the basis
14 of the Court's finding that the ends of justice served by taking such action outweigh the best
15 interest of the public and the defendants in a speedy trial.

16     g)     The parties also agree that this continuance is necessary for several reasons,
17 including but not limited to, the need to permit time for the parties to exchange supplemental
18 discovery, engage in plea negotiations, and for the defense to continue its investigation and
19 preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

20 //

21

22 //

23

24 //

25

26 //

27

28 //

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 9, 2025                              MICHELE BECKWITH
                                                  Acting United States Attorney

                                                  /s/ STEPHANIE M. STOKMAN
                                                  STEPHANIE M. STOKMAN
                                                  Assistant United States Attorney


Dated: April 9, 2025                              /s/ KEVIN ROONEY
                                                  KEVIN ROONEY
                                                  Counsel for Defendant
                                                  JOSE SALAS


Dated: April 9, 2025                              /s/ SERITA RIOS
                                                  SERITA RIOS
                                                  Counsel for Defendant
                                                  DAVID SANTIAGO LOPEZ


**ORDER**

IT IS SO ORDERED.


DATED: _____
                                                  THE HONORABLE SHEILA K. OBERTO
                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME         3
PERIODS UNDER SPEEDY TRIAL ACT