# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** <br> **vs.** <br> JOSE SALAS | ) <br> ) <br> )    **Case No. 1:24-CR-00253-JLT-SKO** <br> ) <br> ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,   Jose Salas  , have discussed with   Francisco J. Guerrero  , Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring is removed.

Reason for modification: The condition is no longer necessary. Mr. Salas has been fully compliant with all conditions of release. He is also subject to a significant cash bond of $50,000.

The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Jose Salas | 4/28/2025 | /s/ Francisco J. Guerrero | 4/25/2025 |
|---|---|---|---|
| Signature of Defendant | Date | Signature of Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| /s/ Stephanie Stockman | 4/25/2025 |
|---|---|
| Signature of Assistant U.S. Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| /s/ Kevin P. Rooney | 4/25/2025 |
|---|---|
| Signature of Defense Counsel | Date |

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

| /s/ Vanessa Liliana Flores | 4/28/2025 |
|---|---|
| Signature of Third-Party Custodian-Vanessa Liliana Flores | Date |

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Salas, Jose**
**Page  2**

| /s/ Vanessa Flores | 4/28/2025 |
|---|---|
| Signature of Surety Vanessa Flores | Date |

## ORDER OF THE COURT

☒  The above modification of conditions of release is ordered, to be effective on   April 30, 2025   (wet/inked signatures are filed at Docket no. 42)

☐  The above modification of conditions of release is *not* ordered.

IT IS SO ORDERED.

Dated:   **April 30, 2025**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE