ERIC GRANT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE SALAS, AND<br>DAVID SANTIAGO LOPEZ,<br><br>　　　　　　　　Defendants. | CASE NO. 1:24-CR-00253-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: October 15, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 15, 2025.

2. By this stipulation, defendant now moves to vacate the status conference and set a jury trial date of September 15, 2026, and to exclude time between October 15, 2025, and September 15, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

　a)　The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, or is in the process of being produced.

　b)　Counsel for defendant desires additional time to review discovery, conduct any

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

investigation, and discuss this matter, including potential resolutions, with the defendant in order to prepare for trial.

  c)  The parties have been in active discussions regarding potential resolutions in the matter.

  d)  Counsel for defendant believes that failure to grant the above-requested trial date would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and counsels' schedules.

  e)  Based on the above-stated findings, the ends of justice served by setting the jury trial date as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2025 to September 15, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  g)  The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

//

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 14, 2025

ERIC GRANT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: October 14, 2025

/s/ KEVIN ROONEY
KEVIN ROONEY
Counsel for Defendant
JOSE SALAS

Dated: October 14, 2025

/s/ SERITA RIOS
SERITA RIOS
Counsel for Defendant
DAVID SANTIAGO LOPEZ

**ORDER**

IT IS SO ORDERED.

Dated: **October 14, 2025**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE