ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE SALAS,<br>Defendant. | CASE NO. 1:24-CR-00253-JLT-SAB<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on September 15, 2026. By this stipulation, defendant moves to vacate the trial and set a change of plea hearing on October 13, 2026.

2. The parties agree and stipulate that on August 12, 2026, the parties filed a signed plea agreement. Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from August 12, 2026, through October 13, 2026, is automatically excluded from the computation of time within which trial must commence.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 14, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: August 14, 2026

/s/ KEVIN ROONEY
KEVIN ROONEY
Counsel for Defendant
JOSE SALAS

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: August 16, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE